**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 98-1381**

―――――――――

In Re: DALE E. HAMILTON,

                                                    Debtor.

In Re: CHARLENE S. HAMILTON,

                                                    Debtor.

―――――――――――――――――

DALE E. HAMILTON,

                                        Debtor - Appellant,

        versus

GERALD M. O'DONNELL,

                                        Trustee - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-97-1735-A, BK-97-12554-MVB)

―――――――――

Submitted:  May 14, 1998            Decided:  May 27, 1998

―――――――――

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge

―――――――――

Affirmed by unpublished per curiam opinion.

Dale E. Hamilton, Appellant Pro Se.  Gerald M. O'Donnell, Alexandria, Virginia, Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

PER CURIAM:

Appellant appeals from the district court's orders (1) dismissing his appeal from the bankruptcy court's order dismissing, pursuant to 11 U.S.C. §§ 1322(a)(6), 1325(a)(6) (1994), his petition filed under Chapter 13 of the Bankruptcy Code and (2) denying his motion for reconsideration. Our review of the record discloses no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>